ISIDORE STRAUS et al., Composing the Firm of R. H. MACY & COMPANY, Respondents, *v.* AMERICAN PUBLISHERS' ASSOCIATION et al., Appellants.

(Submitted March 14, 1904; decided March 22, 1904.)

MOTION to return remittitur. (See 177 N. Y. 473.)

Motion granted and the clerk of the Supreme Court is requested to return the remittitur in this action to this court to the end that the same may be so amended as to give leave to the defendants herein to withdraw their demurrers to the complaint and to serve answers, without costs of motion.

---

BENJAMIN L. M. BATES, Respondent, *v.* FREDERICK HOLBROOK et al., Appellants.

*Bates* v. *Holbrook,* 89 App. Div. 548, appeal dismissed.
(Argued March 14, 1904; decided March 22, 1904.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1904, affirming a judgment in favor of plaintiff entered upon the report of a referee appointed to assess damages after the affirmance by the Court of Appeals of an order of the Appellate Division reversing a judgment in favor of defendants, entered upon a dismissal of the complaint by the court on trial at Special Term, and granting a new trial and a direction for judgment absolute in favor of plaintiff.

The motion was made upon the grounds that the appeal was improperly brought and was not authorized.

*Charles F. Brown* for motion.

*F. E. Smith* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.